UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 1:25-cv-12023 |
| ROSE TOWING AND RECOVERY, LLC, | ) ) ) | JURY TRIAL DEMANDED |
| And | ) ) | |
| CRYSTAL CORREA, | ) ) | |
| And | ) ) | |
| JANEIDA RIVERA | ) ) | |
| Defendants. | ) | |

**PLAINTIFF AMGUARD INSURANCE COMPANY'S
MOTION FOR DEFAULT JUDGMENT**

Plaintiff AmGUARD Insurance Company ("AmGUARD"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, moves and requests that the Court enter default judgment against Rose Towing and Recovery, LLC, Crystal Correa, and Janeida Rivera ("Defendants"). When a court enters a default judgment as to liability, it must accept as true all factual allegations in the complaint, except those regarding the amount of damages. Fed. R. Civ. P. 8(b)(6); *see, e.g.*, *Quincy Bioscience, LLC v. Ellishbooks*, 957 F.3d 725, 725 (7th Cir. 2020**)**. AmGUARD does not seek any monetary damages as it is seeking a judgment that AmGUARD has no duty to defend or indemnify Rose Towing against Ms. Correa or Ms. Riveria. Thus, the Court may proceed with entering a Default Judgment.

1

AmGUARD filed this action against Defendants and served it on Crystal Correa on October 23, 2025, Janeida Rivera on October 31, 2025, and Rose Towing and Recovery, LLC on November 3, 2025. (Dkt. 11-13; Affidavits of Service on Defendants). Defendants deadlines to respond were November 13, 2025 for Crystal Correa, November 21, 2025 for Janeida Rivera, and November 24, 2025 for Rose Towing and Recovery, LLC. Defendants failed to plead or otherwise defend or appear in this action within the time allotted by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(a)(1)(A)(i).

WHEREFORE, Plaintiff AmGUARD Insurance Company respectfully requests that the Court enter judgement against the Defendants finding and declaring that AmGUARD has no duty to defend or indemnify Rose Towing and Recovery, LLC against Ms. Correa or Ms. Riveria, and for any such further relief this Court deems just and proper.

Respectfully Submitted,

/s/ *Jonthan B. Morrow*
**KNIGHT NICASTRO MACKAY**
Jonathan B. Morrow, IL #6291832
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
jmorrow@knightnicastro.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Jonathan B. Morrow