IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

AmGuard Insurance Company,

Plaintiff(s),

v.

Rose Towing and Recovery, LLC et al,

Defendant(s).

Case No. 25 CV 12023
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default judgment is hereby entered in favor of Plaintiff and against Defendants. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion for default judgment.

Date: 1/13/2026

Thomas G. Bruton, Clerk of Court

G. Lewis, Deputy Clerk